```
                     UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Robert Rockwood and**
**Roxana Marchosky**

    **v.**                                                   Case No. 08-cv-168-PB

**SKF USA Inc.**


**O R D E R**

I recuse myself from presiding over this case and direct the clerk to assign the case to a different judge.

SO ORDERED.

                                                     /s/Paul Barbadoro
                                                   Paul Barbadoro
                                                   United States District Judge

January 19, 2010

cc:   James W. Donchess, Esq.
      Roxana Marchosky, Esq.
      Deborah Ann Notinger, Esq.
      Steven M. Notinger, Esq.
      David Richman, Esq.
      Gregory A. Moffett, Esq.
      Matthew R. Williams, Esq.
      Peter G. Callaghan, Esq.
      Alexander J. Walker, Esq.