UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Robert Rockwood
and Roxana Marchosky</u>

    v.                                              Civil No. 08-cv-168-JL

<u>SKF USA Inc.</u>

### **<u>PROCEDURAL ORDER</u>**

On June 15, 2010, this court held a structuring conference in this matter. As a result of the discussions with counsel at that conference, the court makes the following rulings:

    1.   The plaintiffs shall file their planned motion to amend the complaint on or before June 25, 2010. The defendant shall file any objection to the motion on or before July 5, 2010. There shall be no reply or surreply.

    2.   Within ten days of the court's ruling on the motion to amend, the plaintiffs shall file an objection to the defendant's pending motion for sanctions (document no. 125). The defendant shall file its reply, if any, within seven days of the plaintiff's objection. There shall be no surreply.

    3.   Because the plaintiffs will be filing a new objection to the defendant's motion for sanctions, their pending objection (document no. 141) is STRICKEN. Insofar as the objection seeks sanctions against the defendant, that request for relief is

DENIED because it was not presented in an independent motion. See L.R. 7.1(a)(1). The defendant's motion to strike the objection (document no. 147) is therefore DENIED as moot.

4. Because the parties have stipulated to a procedure for the plaintiffs' production of their e-mail passwords, the defendant's motion to compel that information (document no. 117) is DENIED as moot.

5. At this time, the court takes no action on the plaintiffs' proposals for additional discovery, videotaped depositions, or the designation of additional expert witnesses as set forth in their structuring conference memorandum. Should the plaintiffs wish to pursue any of these forms of relief, they shall contact the deputy clerk to arrange a telephone conference with the court.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: June 16, 2010

cc: William E. Aivalikles, Esq.
    Steven M. Gordon, Esq.
    Donald C. Crandlemire, Esq.
    David Richman, Esq.
    Matthew R. Williams, Esq.
    Gregory A. Moffett, Esq.
    Peter G. Callaghan, Esq.