```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Robert Rockwood, et al.

    v.                     Civil No. 08-cv-00168-JL

SKF USA, Inc.

**O R D E R**

The plaintiffs' motion for leave to file amended complaint (doc. no. 175) is DENIED.  While the motion correctly describes a portion of the discussion at the status conference, it is not accompanied by a memorandum of law, which would be in order given the reservations expressed by defendant's counsel at the conference, as well as the dictates of Rule 15 and the applicable decisional law interpreting it.  Further, the plaintiffs filed no reply to the objection, which cries out for a response given the applicable law, the equities of the situation, and the "law of the case," as none of the customary factors favoring liberal amendment--permissibility of delay, lack of prejudice, lack of new claims, etc.--favor the defendant's position on the record before the court.

**SO ORDERED.**

*/s/ Joe Laplante*
Joseph N. Laplante
United States District Judge

Dated: August 6, 2010

cc: Donald C. Crandlemire, Esq.
    Steve M. Gordon, Esq.
    William E. Aivalikles, Esq.
    David Richman, Esq.
    Gregory A. Moffett, Esq.
    Matthew R. Williams, Esq.
    Peter G. Callaghan, Esq.
    Alexander J. Walker, Esq.