# United States Court of Appeals
## For the First Circuit

————————————

No. 11-1105

ROBERT ROCKWOOD; ROXANA MARCHOSKY

Plaintiffs - Appellants

v.

SKF USA INC.

Defendant - Appellee

————————————

**MANDATE**

Entered: July 20, 2012

In accordance with the judgment of June 28, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Peter G Callaghan
Christopher Richard Pudelski
David Richman
Alexander J. Walker
Matthew R. Williams